UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKIKO FUKAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAISO CALIFORNIA LLC, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00099-RFL  (KAW)<br><br>**DISCOVERY REFERRAL ORDER; ORDER TERMINATING 1/30/25 JOINT DISCOVERY LETTER**<br><br>[Discovery Letter #1]<br><br>Dkt. No. 87 |

On January 30, 2025, the parties filed a joint discovery letter in accordance with the presiding judge's standing order. (Dkt. No. 87.)  Thereafter, the district judge referred all discovery matters to the undersigned.

The pending joint discovery letter does not comply with the undersigned's standing order—available online at: https://cand.uscourts.gov/judges/westmore-kandis-a-kaw/ — which makes it difficult to resolve.  Thus, the pending joint discovery letter (Dkt. No. 87) is TERMINATED, and the parties are ordered to further meet and confer in an attempt to narrow the pending disputes.  If they are unable to resolve all disputes without court intervention, they are ordered to follow the Court's standing order, which may require them to file multiple discovery letters.

In sum, the dispute procedures require lead counsel for the parties to meet and confer in person or by video conference, and then submit a joint letter addressing any unresolved disputes. The joint letter must comply with all requirements in Paragraph 14 of the standing order, including using the required format and the limitations on exhibits.

The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." (Judge Westmore's General Standing

Order ¶ 14(c).)  If the joint letter is incorrectly filed, the parties risk the dispute going unresolved.

If a pending discovery dispute does not comply with this procedure, it may be terminated, and the parties ordered to refile a joint letter that complies with the standing order.

This resolves Dkt. No. 87.

IT IS SO ORDERED.

Dated: January 31, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge