UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKIKO FUKAYA,<br><br>        Plaintiff,<br><br>v.<br><br>DAISO CALIFORNIA LLC,<br><br>        Defendant. | Case No. 23-cv-00099-RFL<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 101 |

On May 29, 2025, Plaintiff filed an administrative motion to consider whether another party's materials should be sealed as to her Motion for Class Certification. (Dkt. No. 101.) Pursuant to Civil Local Rule 79-5(f)(3), Defendant was required to file within seven days of the motion's filing a statement and/or declaration as described in subdivision (c) of that same rule, setting forth why that information should remain sealed. To date, no such statement has been filed. Accordingly, Defendant is ordered to show cause, in writing, by **August 16, 2025,** why the documents should not be unsealed. Defendant's response shall comply with the requirements of Civil Local Rule 79-5(c) and this Court's Civil Standing Order. Failure to timely comply with this order may result in the unsealing of the information at issue.

    **IT IS SO ORDERED.**

Dated: August 14, 2025

RITA F. LIN
United States District Judge

1